CATHERINE CORTEZ MASTO
Attorney General
DENISE S. McKAY
Deputy Attorney General
Nevada Bar No. 10507
Bureau of Litigation
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: 702-486-3420
Fax: 702-486-3773
E-mail: dmckay@ag.nv.gov
*Attorneys for Defendants Aranas, Guetierrez, and Dressler*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN T. DOUTRE, | ) |
| Plaintiff, | ) Case No. 2:12-cv-00772-GMN-VCF |
| v. | ) **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |
| DR. ROMEO ARANAS, *et. al.*, | ) |
| Defendants. | ) |

COME NOW Defendants, ROMEO ARANAS, BENEDICTO GUETIERREZ, and CHERYL DRESSLER, by and through their counsel, Nevada Attorney General Catherine Cortez Masto, and Deputy Attorney General Denise S. McKay, and hereby respectfully request that former Deputy Attorney General, Robert J. Simon, be removed from the CM/ECF Service List as a result of his departure from the Nevada Office of the Attorney General. It is no longer necessary that Robert J. Simon receive CM/ECF notice of ongoing proceedings in this action.

. . .

. . .

. . .

. . .

1

1   Accordingly, the undersigned requests that Robert J. Simon be removed from the CM/ECF
2   Service list in this matter, USDC Case No. 2:12-cv-00772-GMN-VCF.
3   Dated:  March 20, 2013.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:  /s/ Denise S. McKay
     DENISE S. McKAY
     Deputy Attorney General
     Nevada State Bar No. 10507
     Bureau of Litigation
     *Attorneys for Defendants Aranas.*
     *Gutierrez, and Dressler*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  3-22-2013

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 20th day of March, 2013, I served the foregoing, **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS**, by causing a true and correct copy thereof to be filed with the Clerk of the Court, using the electronic filing system, and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Sean Doutre, #60666
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/   Kimie S. Beverly
KIMIE S. BEVERLY
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL