# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

SEAN T. DOUTRE,

    Plaintiff,

v.

ROMEO ARANAS, *et al.*,

    Defendants.

Case No. 2:12-cv-00772-RFB-VCF

ORDER TO PRODUCE SEAN DOUTRE

TO:   DELENE SENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:   BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
       INDIAN SPRINGS, NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **SEAN DOUTRE, #60666,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

IT IS HEREBY ORDERED that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **SEAN DOUTRE, #60666,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Thursday, October 2, 2014, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **SEAN DOUTRE, #60666**, is released and discharged by the said Court; and that the said **SEAN DOUTRE, #60666,** shall thereafter be returned to the custody of the

Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 24th day of September, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**