# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN T. DOUTRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:12-cv-00772-RFB-VCF<br><br>**ORDER COMPELLING PRODUCTION OF DOCUMENTS** |

TO: JAMES COX, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NEVADA;
ISIDRO BACA, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NEVADA

**THE COURT HEREBY FINDS** that **SEAN DOUTRE, #60666,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada. The recipients of this Order are hereby notified that a hearing in the above-captioned matter will take place on **Thursday, October 2, 2014 at 10:00 AM in Courtroom 7C of the Lloyd D. George U.S. Courthouse, Las Vegas, Nevada**.

**IT IS HEREBY ORDERED** that the Medical Director, Medical Administrator, or other official responsible for the maintenance of medical records within the Nevada Department of Corrections, or his designee, shall provide a full and complete copy of the medical records of **SEAN DOUTRE, #60666**, including (but not limited to) films, laboratory reports, physician's orders, progress notes, prescriptions, pharmacy records, and requests for medication and medical attention, between the dates of September 15, 2011 and September 24, 2014, to this Court on or

before **Wednesday, October 1, 2014 at 10:00 AM**. These records must be saved on a compact disc and received by the Court on or before this date, and also must be sent via email to Blanca Lenzi, Courtroom Administrator, at blanca_lenzi@nvd.uscourts.gov, who shall maintain the records under seal.

**IT IS FURTHER ORDERED** that the Nevada Department of Corrections through the Warden of the Southern Desert Correctional Center, or his designee, shall provide a full and complete hard copy of the records produced in compliance with this Order to **SEAN DOUTRE, #60666,** on or before **Wednesday, October 1, 2014 at 10:00 AM**.

**IT IS FURTHER ORDERED** that the Defendants in the above-captioned matter shall provide a copy of this Order to the above-named officials within the Nevada Department of Corrections, and any other official(s) whose action is required to comply with this Court's Order.

**DATED** this 24th day of September, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**