# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN T. DOUTRE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-00772-RFB-VCF |
| ) | |
| v. ) | **ORDER OF APPOINTMENT OF COUNSEL** |
| ) | |
| ROMEO ARANAS, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter was referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for appointment of pro bono counsel. ECF No. 54. The Court has been informed that pro bono counsel has been identified. Attorney Patrick J. Reilly, of the law firm Holland & Hart LLP, is hereby appointed as counsel for Plaintiff Sean T. Doutre. The scope of appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

**IT IS HEREBY ORDERED** that Patrick J. Reilly is hereby appointed as pro bono counsel for Plaintiff Sean T. Doutre pursuant to the United States District Court for the District of Nevada's Pilot Pro Bono Program.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag and add Patrick J. Reilly to the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Patrick J. Reilly shall not be charged fees for use of the Court's electronic filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion of legal services, attorney Patrick J. Reilly shall submit a Notice of Completion Form to the Pro Bono Liaison.

DATED this 9th day of December, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**